**Order entered July 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00073-CV**

## IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

# ORDER

This is an appeal from the trial court's December 30, 2018 order concerning the Estate of Ira E. Tobolowsky's Rule 202 petition. The order denied the motions for continuance and pleas to the jurisdiction filed by Dallas County and Dallas County Medical Examiner's (collectively "County") and the City of Dallas and Dallas Police Department (collectively "City"), dismissed without prejudice the Estate's petition as to the County, and granted the Estate's petition as to the City. All parties appealed, with the Estate filing a "conditional cross-appeal" to "preserve" its "rights against" the City and County and "in the event" the Court or the Texas Supreme Court "grant[s]" the City "any relief in its appeal."

In light of the Estate's petition as to the County being dismissed, we questioned whether the County's appeal of the trial court's denial of its motion for continuance and plea to the jurisdiction was moot. At our request, the County filed a letter brief addressing our concern. The County explained the Estate's "cross-appeal" was "technically" a direct appeal against the

County, as the "cross-appeal" was filed before the County filed its appeal, and a cross-appeal against the City. The County further explained it filed its appeal to prevent any waiver. Subsequently, the Estate filed a letter brief confirming it was appealing the dismissal of its petition against the County. In the letter brief, the Estate also informed the Court it was abandoning its appeal as to the City.

Based on the parties' assertions, we **REALIGN** the County and Estate, such that the Estate is an appellant as to the County and an appellee as to the City, and the County is an appellee/cross-appellant as to the Estate. As it appears the appellate record is complete, we **ORDER** the City and Estate to file their respective opening briefs no later than August 28, 2019. *See* 5th Tex. App. (Dallas) Loc. R. 5. The Estate's response brief to the City's brief and the County's combined response and cross-appellant's brief to the Estate's brief shall be filed within thirty days of the filing of the opening briefs, and the City's reply brief and the Estate's combined reply and cross-appellee's brief to the County's brief shall be filed thirty days later. *See id.* The County's cross-appellant's brief shall be filed within twenty days of the filing of the Estate's combined reply and cross-appellee's brief. *See id.*

/s/     BILL WHITEHILL
         JUSTICE